United States Bankruptcy Court
for the Eastern District of Pennsylvania

In Re:                                    Chapter 13
    ROBERT    PETHERBRIDGE
    KRISTA    PETHERBRIDGE

Debtor(s)                                 Bankruptcy No.
                                          1111118  BIF

OBJECTION OF CHAPTER 13 TRUSTEE
TO CONFIRMATION OF PLAN OF DEBTOR(S)

AND NOW comes, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee, to object to confirmation of the chapter 13 plan of debtor(s), because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or debtor(s) has/have failed to provide information, evidence, or corrections to the petition, schedules, statements or other documents filed by debtor(s) to enable the standing trustee to evaluate the Plan for confirmation, as follows:

Debtor(s) has/have failed to file an accurate statement of current monthly income, and/or if the debtor(s) has/have above-median income, an accurate calculation of disposable income in accordance with Section 1325(b)(3), on Official Form 22C, as required by Bankruptcy Rule 1007(b)(

The Plan does not provide for the submission of all or such portion of future earnings or other future income of the debtor(s) to the supervisio and control of the standing trustee as is necessary to fund the Plan, in violation of  11 U.S.C. Sections 1322 (a)(1).

The Plan violates 11 U.S.C. Section 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7.

Debtor(s) has/have failed to file amended schedules as directed at the meeting of creditors held under 11 U.S.C. Section 341(a).

Debtor(s) has/have failed to file an amended Statement of Financial Affairs as directed at the meeting of creditors held under
11 U.S.C. Section 341(a).

WHEREFORE, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.

                                          Respectfully submitted,
                                          /s/ William C. Miller

                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee